O AO 455 (Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

_____ DISTRICT OF NEVADA _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>ISIDRO LOPEZ-SANTOYO | **WAIVER OF INDICTMENT**<br><br>CASE NUMBER:  2:10-cr-00196-RCJ-PAL |

I, ISIDRO LOPEZ-SANTOYO _____, the above named defendant, who is accused of

21 U.S.C. Section 846, 841(a)(1), (b)(1)(A)(viii) - Conspiracy to Distribute a Controlled Substance

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  6/18/10  _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Sergio López_
Defendant

_[signature]_
Counsel for Defendant

Before  _[signature]_
         Judicial Officer

FILED / ENTERED
COUNSEL/PARTIES OF RECORD

JUN 18 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY