DANIEL G. BOGDEN
United States Attorney
PATRICK WALSH
Assistant United States Attorney
333 Las Vegas Blvd., South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 18 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INFORMATION |
| PLAINTIFF, | 2:10-cr-00196-RCJ-PAL |
| VS. | VIOLATIONS: |
| ISIDRO LOPEZ-SANTOYO, | 21 U.S.C. §§ 846, 841(a)(1),(b)(1)(A)(viii) - Conspiracy to Distribute a Controlled Substance |
| DEFENDANT. | |

**THE UNITED STATES ATTORNEY CHARGES THAT:**

**COUNT ONE**
Conspiracy to Distribute a Controlled Substance

Beginning at a date unknown and continuing to on or about September 3, 2009, in the State and Federal District of Nevada,

**ISIDRO LOPEZ-SANTOYO,**

did knowingly and intentionally combine, conspire, confederate and agree together, and with others known and unknown, to commit offenses against the United States, that is, to distribute 500 grams and more of a mixture and substance containing methamphetamine, a Schedule II

. . .

. . .

1  controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1),
2  (b)(1)(A)(viii).
3       **DATED:** this 3rd day of May, 2010.

   DANIEL G. BOGDEN
   United States Attorney

   *Patrick Walsh*

   PATRICK WALSH
   Assistant United States Attorney

2