PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☑ INFORMATION ☐ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT — DISTRICT OF NEVADA
DISTRICT OF — Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Christie Sequeira
☐ U.S. Atty ☐ Other U.S. Agency
Phone No. ___

Name of Asst. U.S. Attorney (if assigned): Patrick Walsh

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: ___ County ___

CASE NO. 2:10-cr-00196-RCJ-PAL
USA vs.
Defendant: Isidro Lopez-Santoyo
Address:

☐ FILED ☐ RECEIVED
☐ ENTERED ☐ SERVED ON
COUNSEL/PARTIES OF RECORD
JUN 1 8 2010
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

☐ Interpreter Required Dialect: ___

Birth Date ___ ☐ Female (if applicable) ☐ Alien

Social Security Number ___

**DEFENDANT**

Issue: ☐ Warrant ☐ Summons

Location Status:
Arrest Date ___ or Date Transferred to Federal Custody ___
☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Gabriel Grasso, Esq.
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts ___

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| | 21 U.S.C. Section 846, 841(a)(1), (b)(1)(A)(viii) | Conspiracy to Distribute a Controlled Substance | 1 |
| | | | |
| | | | |
| | | | |